**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-1649**

WILSON OCHAR,

Plaintiff - Appellant,

v.

APPLE FEDERAL CREDIT UNION,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Senior District Judge. (1:24-cv-00757-CMH-WBP)

Submitted: September 19, 2024                    Decided: September 24, 2024

Before NIEMEYER, RICHARDSON, and HEYTENS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Wilson Ochar, Appellant Pro Se. Kristin A. Zech, BERENZWEIG LEONARD, LLP, McLean, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wilson Ochar seeks to appeal the district court's order dismissing his civil action without prejudice and permitting him 21 days to file an amended complaint. Appellee moves to dismiss the appeal for lack of jurisdiction.

This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Ochar seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. *Britt v. DeJoy*, 45 F.4th 790, 796 (4th Cir. 2022) (en banc) ("When a district court grants a plaintiff leave to amend but []he chooses not to do so," the court's decision is "not . . . final and, thus, not appealable.").

Accordingly, we grant Appellee's motion and dismiss the appeal for lack of jurisdiction. In addition, we deny each of Ochar's pending motions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2